JS-6

FILED
CLERK, U.S. DISTRICT COURT
2/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REGENCY CENTERS, L.P., a Delaware limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03839-CJC-PVC<br><br>**ORDER DISMISSAL WITH PREJUDICE (DKT. 24)** |

///

///

///

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Regency Centers, L.P. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 3, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE